U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 23 2007

ROBERT␣␣SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:06 CR 20060-001 |
| --- | --- | --- |
|  |  | 07 CV 1407 |
| VS. | : | JUDGE MINALDI |
| EDWARD DAUGHENBAUGH | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the corresponding memorandum Ruling, the Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct a Sentence [doc. 9] filed by the defendant, Edward Daughenbaugh IS DENIED with the exception of whether there is a viable ineffective assistance claim from the failure to file a direct appeal.

IT IS ORDERED that there will be an evidentiary hearing on the 16th day of November, 2007, at 10:15 a.m. determine the merits of the defendant's final issue.

Lake Charles, Louisiana, this 19 day of October, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE